**LIFESOURCE, Petitioner, Cross–Respondent,**

v.

**NATIONAL LABOR RELATIONS BOARD, Respondent, Cross–Petitioner.**

Nos.: 13-1806 and 13-1162

United States Court of Appeals, Seventh Circuit.

Submitted July 2, 2014

Decided December 2, 2014

Ronald J. Andrykovitch, Ryan W. Colombo, Attorneys, Cohen & Grigsby, P.C., Pittsburgh, PA, John E. Lyncheski, Attorney, Cohen & Grigsby, P.C., Naples, FL, for Petitioner (Case No. 13-1806).

Douglas Callahan, Attorney, National Labor Relations Board, Appellate Court Branch, Usha Dheenan, Linda Dreeben, Kellie Isbell, Attorneys, National Labor Relations Board, Office of the General Counsel, Washington, DC, Peter S. Ohr, National Labor Relations Board, Chicago, IL, for Respondent (Case No. 13-1806).

Douglas Callahan, Joel A. Heller, Attorneys, National Labor Relations Board, Appellate Court Branch, Usha Dheenan, Linda Dreeben, Kellie Isbell, Attorneys, National Labor Relations Board, Office of the General Counsel, Washington, DC, Peter S. Ohr, National Labor Relations Board, Chicago, IL, for Petitioner (Case No. 13-1162).

Ronald J. Andrykovitch, Ryan W. Colombo, Attorneys, Cohen & Grigsby, P.C., Pittsburgh, PA, John E. Lyncheski, Attorney, Cohen & Grigsby, P.C., Naples, FL, for Respondent (Case No. 13-1162).

Before ANN CLAIRE WILLIAMS, Circuit Judge, DIANE S. SYKES, Circuit Judge, DAVID F. HAMILTON, Circuit Judge

**ORDER**

The following are before the court:

1. **MOTION OF THE NATIONAL LABOR RELATIONS BOARD TO VACATE AND REMAND AND FOR EXPEDITED ISSUANCE OF MANDATE IN LIGHT NLRB v. NOEL CANNING,** filed on July 2, 2014, by counsel for the National Labor Relations Board.

2. **RESPONDENT'S RESPONSE IN OPPOSITION TO THE MOTION OF THE NATIONAL LABOR RELATIONS BOARD TO VACATE AND REMAND AND FOR EXPEDITED ISSUANCE OF MANDATE IN LIGHT OF NLRB v. NOEL CANNING AND REQUEST THAT JUDGMENT BE ENTERED IN FAVOR OF LIFESOURCE WITH PREJUDICE,** filed on July 14, 2014, by counsel for LifeSource.

3. **REPLY OF THE NATIONAL LABOR RELATIONS BOARD TO LIFESOURCE'S OPPOSITION TO THE BOARD'S MOTION TO VACATE AND REMAND AND LIFESOURCE'S REQUEST THAT JUDGMENT BE ENTERED IN ITS FAVOR,** filed on July 28, 2014, by counsel for the National Labor Relations Board.

The National Labor Relations Board's motion to vacate and remand is **GRANTED**. The National Labor Relations Board's order is **VACATED** and this case is **REMANDED** to the Board for further proceedings in light of the Supreme Court's decision in *NLRB v. Noel Canning*, 573 U.S. ——, 134 S.Ct. 2550, 189 L.Ed.2d 538 (2014). The mandate in this appeal shall issue forthwith.